656

hearing granted. The motion papers are treated as a petition for rehearing, and rehearing is granted. The order of October 23, 1939, denying certiorari, 308 U. S. 596, is vacated. The petition for certiorari to the Supreme Court of Illinois is granted. *Messrs. Joseph Padway* and *Abraham W. Brussell* for petitioners. *Messrs. Donald N. Schaffer* and *Edward M. Keating* for respondent.

No. 712. BANNER MACHINE CO. *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. April 29, 1940. 309 U. S. 676.

No. 785. LOWMAN *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL. April 29, 1940. 309 U. S. 680; see also *ante,* p. 616.

No. 823. A. M. KLEMM & SON *v.* CITY OF WINTER HAVEN ET AL. April 29, 1940. 309 U. S. 638.

No. 773. McCANN *v.* NEW YORK STOCK EXCHANGE ET AL. May 6, 1940. 309 U. S. 684.

No. 10, Original, October Term, 1935. WYOMING *v.* COLORADO. May 20, 1940. 309 U. S. 572.

No. 542. CITY OF YONKERS *v.* DOWNEY, RECEIVER; Nos. 543 and 544. CONDON, MAYOR, ET AL. *v.* SAME. May 20, 1940. 309 U. S. 590.